UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., )<br>)<br>         Plaintiff, )<br>   v. )<br>)<br>PERLEY'S MARINA REPAIR, INC., )<br>)<br>         Defendant. ) | CIVIL ACTION<br>NO. 16-10173-JGD |

# MEMORANDUM OF DECISION AND ORDER
## ON PLAINTIFF'S MOTION TO AMEND

November 14, 2016

DEIN, U.S.M.J.

This matter is before the court on Plaintiff's Motion for Leave to Amend the Complaint (Docket No. 21). After consideration of the pleadings and oral argument of counsel, the motion is hereby ALLOWED IN PART and DENIED IN PART as follows.

The Complaint may be amended to add the property located at 121 Warehouse Lane, Rowley, Massachusetts 01969. This court finds that the 60-day notice letter sent by CLF was sufficient to put the recipient on notice that CLF was challenging actions taken by Perley's Marina Repair, Inc. at both 109 and 121 Warehouse Lane. See 40 C.F.R. § 135.3 (notice "shall include sufficient information to permit the recipient to identify . . . the location of the alleged violation"). As evidenced by the fact that both the EPA and the defendant's own expert investigated the property at 121 Warehouse Lane, the notice met "the appropriate measure of sufficiency under § 135.3(a)" "to give the accused company the opportunity to correct the problem." Paolino v. JF Realty, LLC, 710 F.3d 31, 37 (1st Cir. 2013) (quoting San Francisco

BayKeeper, Inc. v. Tosco Corp., 309 F.3d 1153, 1158 (9th Cir. 2002)) (additional citation omitted).

      For the reasons detailed more fully in open court, this court was not prepared to find that sufficient notice was given to the owner of the properties to permit the addition of Perley Realty Trust as a defendant in this matter, and intended to take that issue under advisement. The plaintiff then withdrew its request that Perley Realty Trust be added as a defendant. Therefore, Perley Realty Trust is not added as a defendant to this case.

      The plaintiff's request to amend the complaint to increase the amount of fines it is seeking is allowed. However, the request for fines is not binding on this court. The court will make an independent assessment as to the appropriate level of fines if and when fines are assessed.

      SO ORDERED

      / s / Judith Gail Dein  
      Judith Gail Dein  
      United States Magistrate Judge